# United States District Court
# For The Western District of North Carolina
# Asheville Division

Ricky Keith Cutshall ,

    Plaintiff(s),

vs.

Michael J. Astrue ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11-cv-00290

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/26/12 Order.

Signed: June 27, 2012

Frank G. Johns, Clerk
United States District Court