# United States District Court
## For The Western District of North Carolina
## Asheville Division

Ricky Keith Cutshall ,

    Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                       1:11-cv-00290

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/26/12 Order.

                                               Signed: June 27, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court